996 A.2d 450

IN THE MATTER OF JERRAMIAH T. HEALY,
AN ATTORNEY AT LAW.

June 16, 2010.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 09–345, concluding that **JERRAMIAH T. HEALY** of **JERSEY CITY,** who was admitted to the bar of this State in 1978, should be admonished for violating *RPC* 8.4(b)(criminal act that reflects adversely on attorney's honesty, trustworthiness or fitness as a lawyer), and good cause appearing;

It is ORDERED that **JERRAMIAH T. HEALY** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.